# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN NDUKA, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-4316** |
| | : | |
| **ROBERT WILLIAMS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this       day of October, 2019, upon consideration of Plaintiff Christian Nduka, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                **BY THE COURT:**

                *Cynthia M. Rufe*
                **CYNTHIA M. RUFE, J.**